In the Matter of the Application of THE PUBLIC SERVICE COMMISSION FOR THE FIRST DISTRICT OF THE STATE OF NEW YORK, Relative to Acquiring Premises on East Forty-second Street in the Borough of Manhattan. NEW AMSTERDAM GAS COMPANY, Appellant; THE CITY OF NEW YORK, Respondent.

*Matter of Public Service Comm.,* 181 App. Div. 927, affirmed.
(Argued May 29, 1918; decided June 14, 1918.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 21, 1917, which unanimously affirmed an order of Special Term confirming the report of commissioners of appraisal in condemnation proceedings. Upon the parcel taken in this proceeding there had been dug a hole or shaft one hundred and seventeen feet deep, thirty-eight feet long from east to west and nineteen feet wide from south to north. It was claimed by the appellant that this hole added to the value of the land taken and was of considerable value to the city, the condemnor, and that the severance of the part taken from the plot originally owned by the appellant caused a damage to the property greatly in excess of the value of the part taken.

*John A. Garver* and *Carl A. Mead* for appellant.

*William P. Burr,* Corporation Counsel (*Charles J. Nehrbas, Terence Farley* and *Henry W. Mayo* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CHASE, HOGAN, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.　Not sitting: HISCOCK, Ch. J.